IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | | |
|---|---|---|
| SUSAN S. OSBORNE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:11CV00017 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| COMMISSIONER OF | ) | By: James P. Jones |
| SOCIAL SECURITY, | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

It appearing that no objections have been timely filed to the Report filed May 22, 2012, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The Motion for Summary Judgment by the Commissioner of Social Security ("Commissioner") is GRANTED;

3. The final decision of the Commissioner is AFFIRMED; and

4. This case is closed.

ENTER: June 12, 2012

/s/ James P. Jones
United States District Judge